JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SCOTT HERNANDEZ, | Case No. 2:21-cv-06426-RGK-GJS |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| CITY OF SANTA PAULA, et al., | |
| Defendant(s). | |

On December 2, 2021, the Court issued an Order to Show Cause (OSC) as to why the case should not be dismissed for lack of prosecution [11]. A response to the OSC was ordered to be filed on or before December 8, 2021. On December 7, 2021, Plaintiff filed proofs of service of the summons and complaint [12] [13] [14]. The proofs of service indicate that Plaintiff served Defendants with the summons and complaint on December 7, 2021. The last day to timely serve Defendants was November 7, 2021. The responses to the OSC fail to show timely service or demonstrate good cause for untimely service. Therefore, the Court dismisses this case for lack of prosecution.

**IT IS SO ORDERED.**

Dated: December 20, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE