Andre L. Verdun (SBN 265436)
LAW OFFICE OF ANDRE L VERDUN
1777 N Ventura Ave
Ventura CA 93001
Tel. (619) 880-0110
Fax. (866) 786-6993
Andre@VerdunLaw.com

Attorney for Plaintiff
Andrew Scott Hernandez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA,
## WESTERN DIVISION

| | |
|---|---|
| **ANDREW SCOTT HERNANDEZ,** an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**CITY OF SANTA PAULA,** and **SCOTT VARNER,** and **HEATHER VAN HEMERT** and **DOES 1-10**,<br><br>　　　　Defendant. | Case No.: 2:21-cv-06426-RGK-GJS<br><br>**EX PARTE APPLICATION REQUESTING THAT THE COURT SET ASIDE ITS ORDER DISMISSING ACTION FOR LACK OF PROSECUTION; OR, IN THE ALTERNATIVE, TO DISMISS WITHOUT PREJUDICE; DECLARATION OF ANDRE L. VERDUN** |

　　　　Andre L. Verdun submits the following declaration in favor of his request to set aside the order dismissing this case for lack of prosecution; or in the alternative, to dismiss without prejudice:

**I, Andre L. Verdun, declare:**

　　1.　I am the attorney for Plaintiff Andrew Scott Hernandez. I have personal knowledge of the forgoing facts, and if called to testify, I could and if called, would testify consistent with the statements below.

　　2.　This case was filed on August 9, 2021.

　　3.　On August 31, 2021, the Summons and Complaint was served on all parties. Plaintiff never filed the proofs of service concerning the August 31, 2021 service.

4. Since Plaintiff failed to file the proofs of service for the August 31, 2021 service, the Court issued an OSC re dismissal for lack of prosecution on December 2, 2021.

5. Since there was a delay in filing the proofs of service, and there was no response by the Defendants, Plaintiff re-served the summons and complaint and filed the proofs from the second service, which took place on December 7, 2021. [See, ECF 12-14].

6. On December 20, 2021, the Court dismissed this case for lack of prosecution, citing the failure to serve the Summons and Complaint by November 7, 2021.

7. In response to the order dismissing this case, I filed a declaration concerning the events surrounding that service of process on August 31, 2021 and December 7, 2021, and the reasons for the re-service of the Summons and Complaint are described in my declaration filed in this case at ECF 16, filed on December 20, 2021. The Plaintiff attached the August 31, 2021 proofs of service to the ECF 16 filing, stating that it would file the August 31, 2021 proof of services if directed.

8. On December 22, 2021, the Court granted the Ex Parte request to set aside the dismissal, ordering Plaintiff to file the Proofs of Service for August 31, 2021. The Court stated that failure to comply would cause dismissal without further notice.

9. On the same day, December 22, 2021, Plaintiff filed the Proofs of Service for the August 31, 2021 service of the summons and complaint on all Defendants. While Plaintiff filed the proofs of service by the deadline set by the Court, the proofs were defective in that while executed on August 31, 2021, the proofs did not specify the date of service.

10. As a result, the Court dismissed this case for lack of prosecution on December 28, 2021.

11. Meanwhile, on December 22, 2021, I reached out to the City Attorney's Office for the City of Santa Paula, who stated that he was not aware of the lawsuit and had not received documents from either service. On the December 22, 2021 call with Defendants' attorney, I informed Defendants' attorney that I intended to immediately take default on all Defendants unless an Answer was filed immediately, or a Joint Stipulation was filed seeking more time to file a response. I told Defendants' attorney that I was not operating off the December 7, 2021 service, but the August 31, 2021 service, unless a joint stipulation was filed seeking time to respond.

12. Defendants agreed to submit a joint stipulation to extend time to answer, and Defendants filed

-2-
**EX PARTE APPLICATION**

*Hernandez v. City of Santa Paula, et al*

1. that joint stipulation on December 29, 2021.

2. 13. As a result of the Court's order dismissing this action on December 28, 2021, my office filed Amended Proofs of Service for the August 31, 2021 service, which correctly include the date of service. ECF 23-25.

3. 14. Plaintiff complied with the Court's order that the Proofs of Service for the August 31, 2021 service be filed, and while the proofs of service were missing the date, the Plaintiff hopes the Court will acknowledge that dismissal of this case with prejudice for filing a proof of service omitting the date is unwarranted, considering the totality of the circumstances, including my efforts to reach out to the Defendants attorneys and to have a stipulation provided to set a deadline to respond or for immediate responses to the Complaint.

4. 15. As it relates to the errors in the Proofs of Service, I did review the Proofs of Service, but I did not catch that the process server omitted the dates for which service was completed. I noticed that the date August 31, 2021 appeared on the document in two places, but not that it failed to specifically state August 31, 2021 as the date the document was served. I relied on the process server to completely and correctly complete the forms, as he has done for me numerous times in the past. Ultimately, it is my responsibility alone to ensure documents are complete, and I will be sure not to repeat this failure to catch this type of oversight in the future.

5. 16. Therefore, I request that the Court set aside its order dismissing this case. I also request that the Court grant the Joint Stipulation to set a firm deadline by which the Defendants must respond to the Complaint, so that the case can move along.

6. 17. In the alternative, Plaintiff request that the Court modify its order to dismiss the case without prejudice.

I declare under the penalty of perjury that the forgoing is true and correct.

Dated: **January 4, 2022**

                                      ___/s/ Andre L. Verdun____
                                      Andre L. Verdun

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

| | |
|---|---|
| **ANDREW SCOTT HERNANDEZ,** an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**CITY OF SANTA PAULA,** and **SCOTT VARNER,** and **HEATHER VAN HEMERT** and **DOES 1-10**,<br><br>　　　　Defendant. | Case No.: 2:21-cv-06426-RGK-GJS<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:** I, **ANDRE L VERDUN**, am a citizen of the United States and am at least eighteen years of age. My business address is 1777 N Ventura Ave Ventura CA 93001. I am not a party to the above-entitled action. I have caused service of the following document(s): **EX PARTE APPLICATION REQUESTING THAT THE COURT SET ASIDE ITS ORDER DISMISSING ACTION FOR LACK OF PROSECUTION; OR, IN THE ALTERNATIVE, TO DISMISS WITHOUT PREJUDICE; DECLARATION OF ANDRE L. VERDUN** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them: **John C Cotti john.cotti@bbklaw.com**

　　　I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case: **NONE**

　　　I declare under penalty of perjury that the foregoing is true and correct. **Executed** on January 6, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Andre L. Verdun
　　　　　　　　　　　　　　　　　　　　　　　　　Andre L. Verdun