DENIED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA,
# WESTERN DIVISION

| | |
|---|---|
| ANDREW SCOTT HERNANDEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SANTA PAULA, and SCOTT VARNER, and HEATHER VAN HEMERT and DOES 1-10,<br><br>　　　　Defendant. | Case No.: 2:21-cv-06426-RGK-GJS<br><br>[PROPOSED] ORDER ON EX PARTE APPLICATION REQUESTING THAT THE COURT SET ASIDE ITS ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

~~THE COURT FINDS GOOD CAUSE to GRANT Plaintiff's ex parte request and set aside its order dismissing this case.~~

~~The Court further ORDERS that pursuant to the stipulation filed by the parties [ECF 22], Defendants shall respond to Plaintiff's Complaint on or before January 11, 202.~~

　　　　The Ex Parte Application is DENIED.
　　　　IT IS SO ORDERED.

Dated: January 10, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　　　U.S. District Judge

-1-
**ORDER**

*Hernandez v. City of Santa Paula, et al*